

# In the Missouri Court of Appeals
# Eastern District

NOVEMBER 25, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED100236    STATE OF MISSOURI, RES V LARON CRENSHAW, APP

2. ED100413 BUSINESS BANK OF STL, APP V. BEAKER LLC ET AL, RES

3. ED100472 STATE OF MISSOURI, RES V BOBBY RIDENOUR, APP

4. ED100579 GINNESE BAUMEISTER APP V RIVERVIEW AT THE PARK RES

5. ED100625 GERALD EDWARDS, APP V STATE OF MISSOURI, RES

6. ED100786 HAROLD FORD, APP V STATE OF MISSOURI, RES

7. ED100920 RICHARD BRAUER, APP V. DIRECTOR OF REVENUE, RES

8. ED100966 STATE OF MISSOURI, RES V DARIUS R. HOFFMAN, APP

9. ED101071 THOMAS WHITE, RES V THE LACLEDE GAS CO, APP

10. ED101188 TODD FAULKNER, APP V CRAIG RASNIC ET AL, RES

11. ED101308    IN THE INTEREST OF B.K.H.

12. ED101366 ANTOINNE STEWART, APP V SWB TELEPHONE & DES, RES